IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 24-cv-01584-PAB-MEH | Date: | September 18, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

<u>Parties:</u>                                                      <u>Counsel:</u>

P.C.,                                                    Randolph Janis

    Plaintiff,

v.

D FORT HOTEL, LLC.,                         Kurt Temple

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:**        11:57 a.m.

Court calls case.     Appearances of counsel by telephone.

The Court discusses whether the case should be Stayed while the Defendant's [ECF 11] *Motion to Dismiss* is pending. The Parties agree a Stay would be appropriate. The Court directs the Parties to contact Judge Hegarty's chambers when they are prepared to procced with the Scheduling Conference, if any claims remain after the ruling on the *Motion*.

**ORDERED:**   The case is **STAYED**, as stated on the record.

**Court in recess:**        12:00 p.m.      (Conference concluded)
**Total time in Court:** 00:03

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.