IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1584-PAB-TPO

P.C., an individual

    Plaintiff

v.

D FORT HOTEL, LLC.

    Defendant.

---

**ANSWER AND JURY DEMAND**

---

Defendant, D Fort Hotel, LLC, by and through its undersigned counsel, Resnick & Louis, P.C. responds to the allegations of the Complaint. With respect to each allegation of the numbered paragraphs of the Complaint, Defendant responds:

1. This is an expository paragraph which does not state allegations against Defendant.

2. Defendant admits that it owned the referenced motel during the referenced period.

3. Defendant affirmatively states that the referenced statute speaks for itself.

4. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

5. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

6. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

7. This is an expository paragraph which does not state allegations against Defendant.

1

8. Defendant affirmatively states that the referenced statute speaks for itself.

9. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

10. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

11. Defendant admits that it owned and operated the referenced motel.

12. Defendant denies the allegations of this paragraph.

13. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph concerning training guides and videos and accordingly denies those allegations. Defendant denies the remaining allegations of this paragraph.

14. Defendant denies the allegations of this paragraph.

15. Defendant denies the allegations of this paragraph.

16. Defendant denies the allegations of this paragraph.

17. Defendant denies the allegations of this paragraph.

## PARTIES

18. This is an expository paragraph which does not state allegations against Defendant.

19. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

20. Defendant admits that it owned and operated the referenced motel.

21. Defendant admits the allegations of this paragraph.

22. Defendant admits the allegations of this paragraph.

## JURISDICTION AND VENUE

23. Defendant admits that this Court has jurisdiction over the subject matter of this action.

24. Defendant admits that venue is proper in this Court.

## CAUSE OF ACTION

### A. Violation of 18 U.S.C. § 1595 ("TVPRA")

25. This is a transitional paragraph which does not state allegations against Defendant.

26. This is an expository paragraph which does not state allegations against Defendant.

27. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

28. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

29. Defendant affirmatively states that the referenced statute speaks for itself.

30. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

31. Defendant denies the allegations of this paragraph.

32. Defendant denies the allegations of this paragraph.

33. Defendant affirmatively states that the referenced statute speaks for itself.

34. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

35. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

36. Defendant denies the allegations of this paragraph.

37. Defendant denies the allegations of this paragraph.

38. Defendant denies the allegations of this paragraph.

39. This is an expository paragraph which does not state allegations against Defendant.

40. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

41. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

42. Defendant denies the allegations of this paragraph.

43. Defendant denies the allegations of this paragraph.

44. Defendant denies the allegations of this paragraph.

45. Defendant denies the allegations of this paragraph.

46. Defendant denies the allegations of this paragraph.

47. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

48. Defendant denies the allegations of this paragraph.

49. Defendant denies the allegations of this paragraph.

50. Defendant admits that the referenced motel implemented policies and procedures concerning denial of accommodations under certain circumstances.

51. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

52. Defendant denies the allegations of this paragraph.

53. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

### B. Negligence

54. Defendant denies the allegations of this paragraph.

55. This is a transitional paragraph which does not state allegations against Defendant.

56. Defendant admits that it owed certain duties to its guests.

57. Defendant denies the allegations of this paragraph.

58. Defendant denies the allegations of Paragraph 58 of the Complaint.

59. Defendant denies the allegations of this paragraph.

60. Defendant denies the allegations of this paragraph.

61. Defendant denies the allegations of this paragraph..

62. Defendant admits that it owed certain duties to its guests.

63. Defendant denies the allegations of this paragraph.

64. Defendant admits that it owed certain duties to its guests.

65. Defendant admits that it owed certain duties to its guests.

66. Defendant denies the allegations of this paragraph.

67. Defendant denies the allegations of this paragraph.

68. Defendant denies the allegations of this paragraph.

69. Defendant denies the allegations of this paragraph.

70. Defendant denies the allegations of this paragraph.

71. Defendant denies the allegations of this paragraph.

72. Defendant denies the allegations of this paragraph.

73. Defendant denies the allegations of this paragraph.

74. Defendant denies the allegations of this paragraph.

75. Defendant denies the allegations of this paragraph.

76. Defendant denies the allegations of this paragraph.

77. Defendant denies the allegations of this paragraph.

78. Defendant denies the allegations of this paragraph.

79. Defendant admits that the referenced motel implemented policies and procedures concerning denial of accommodations under certain circumstances.

80. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

81. Defendant denies the allegations of this paragraph.

82. Defendant lacks sufficient information to form a belief concerning the allegations of this paragraph and accordingly denies those allegations.

83. Defendant denies the allegations of this paragraph.

84. Defendant denies the allegations of this paragraph.

85. Defendant denies the allegations of this paragraph.

86. Defendant denies the allegations of this paragraph.

**DEFENDANT DENIES EACH AND EVERY ALLEGATION OF THE COMPLAINT NOT SPECIFICALLY ADMITTED HEREIN.**

### DEFENSES

1. The Complaint fails to state a claim against Defendant upon which relief can be granted.

2. Plaintiff's claims are barred or limited by Plaintiff's sole or comparative negligence or other fault.

3. Plaintiff's claims are barred or limited by C.R.S. § 13-21-115.

4. Plaintiff's claims are barred by Plaintiff's failure to join an indispensable party.

5. Plaintiff's injuries, damages, and losses, if any, were proximately caused by the acts or omissions of third parties over whom the defendant had no control nor right of control.

6. Plaintiff's claims may be barred by the applicable statute of limitations.

## DESIGNATION OF NONPARTIES AT FAULT

Defendant designates as nonparties at fault the alleged sex trafficker (e.g., ref. para. 30) and alleged "sex buyers" (e.g. ref. para. 45) in accordance with C.R.S. § 13-21-111.5. Per the Complaint, the acts and/or omissions of the designated nonparties caused or contributed to Plaintiff's alleged injuries, damages, and losses.

**DEFENDANT DEMANDS TRIAL TO A JURY OF SIX PERSONS ON ALL ISSUES SO TRIABLE.**

**Defendant's Address:**
3900 East Mulberry St.
Fort Collins, CO 80524

**DATED:** February 10, 2025          Respectfully submitted,


*/s/ Kurt C. Temple, Esq.*
Kurt C. Temple, Esq.
Giovanni Camacho, Esq.
**RESNICK & LOUIS, P.C.**
DTC Corporate Center III
7900 East Union Avenue, Suite 1100
Denver, Colorado 80237
ktemple@rlattorneys.com
gcamacho@rlattorneys.com
Phone & Fax: 720-874-9082

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served upon all counsel of record.

By: */s/ Denise Dyakon*