# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1584-PAB-TPO

P.C., an individual

    Plaintiff

v.

D FORT HOTEL, LLC.

    Defendant.

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Kurt C. Temple , Esq., of Resnick & Louis, P.C., respectfully moves to withdraw from representing Defendant D Fort Hotel, LLC in this case in accordance with D.C.COLO.LAttyR 5(b), for good cause shown.

1. <u>Reason for withdrawal:</u> Mr. Temple has transitioned into a quality control role at Resnick & Louis, P.C., which is reassigning Mr. Temple's cases to enable him to focus on those efforts.

2. <u>Service of motion on all parties and client:</u> see below.

3. <u>Notifications to client:</u> D Fort Hotel has been advised

    a.    by and through its remaining counsel, Giovanni Camacho, Esq., that Mr. Camacho remains responsible for complying with all court orders and time limitations established by applicable statutes and rules;

    b.    that D Fort Hotel may not appear without counsel admitted to the bar of this Court (Mr. Camacho); and

1

    c. that Mr. Camacho, on behalf of D Fort Hotel, is responsible for complying with all court orders and time limitations established by applicable statutes and rules.

  4. <u>Substitute counsel:</u>  Jeffrey M. Kolokoff, Esq. of Resnick & Louis, P.C. has entered his appearance as attorney for Defendant D Fort Hotel on August 22, 2024 [Doc 36].

Respectfully submitted: August 26, 2025

              **RESNICK & LOUIS, P.C.**

              */s/ Kurt C. Temple*
              Kurt C. Temple, Esq.
              Jeffrey M. Kolokoff, Esq.
              Giovanni Camacho, Esq.
              DTC Corporate Center III
              7900 E Union Ave., Suite 1100
              Denver, Colorado 80237
              Telephone: (720) 874-9082
              ktemple@rlattorneys.com
              jkolokoff@rlattorneys.com
              *gcamacho@rlattorneys.com*
              **Attorney for D Fort Hotel, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 26, 2025, I electronically filed and served a true and correct copy of the foregoing to the Clerk's Office using the ECF System filing system to all counsel of record.

Randolph Janis (Admitted Pro Hac)
Chloe Makowsky (Admitted Pro Hac)
Douglas and London, P.C.
One State Street, 35th Floor
New York, NY 10004
rjanis@douglasandlondon.com
cmakowsky@douglasandlondon.com

and by electronic mail to:

D Fort Hotel, LLC
3900 East Mulberry St.
Fort Collins, CO 80524

                                                                                /s/Kurt C. Temple