IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1584-MEH

P.C., an individual

    Plaintiff

v.

D FORT HOTEL, LLC.

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR DEPOSITION BY WRITTEN QUESTIONS PURSUANT TO FED R. CIV. P. 31(a)(2)(B)**

---

Defendant, by and through its undersigned counsel, hereby moves this Honorable Court to grant Defendant leave to take a deposition by written questions pursuant to Fed. R. Civ. P. 31(a)(2)(B) and states as follows:

## BACKGROUND

1. Plaintiff, P.C., proceeding under a pseudonym with leave from this Court, alleged that she was the victim of a sex trafficking operation at Defendant's hotel. *Complaint*, Dkt. No. 1, *passim*. Plaintiff alleged that the sex trafficker "deliberately and repeatedly selected the subject hotel as a venue to engage in sex trafficking in 2022." *Id.* at para. 30. Plaintiff alleged that the sex trafficker engaged in other illicit activities with knowledge of and cooperation from Defendant. *Id.*, *passim.* Defendant seeks leave from the Court to take a deposition by written questions.

2. Plaintiff's initial disclosures identify "Kelley James DuPaul" ("DuPaul") as Plaintiff's trafficker and Defendant seeks to depose DuPaul.

3. DuPaul is incarcerated by the North Dakota Department of Corrections at James River Corrections Center in Jamestown, ND, with an estimated release date of December 20, 2031 (Inmate ID 74817). *See https://vinelink.vineapps.com/person-detail/offender/34177452;tabIndexToSelect=0.*

4. Defendant seeks an order granting leave to take DuPaul's deposition on written questions pursuant to Fed. R. Civ. P. 31(a)(2)(B).

## LEGAL STANDARD

Federal Rule of Civil Procedure 31 permits parties to take depositions of any person by written questions instead of by oral examination without leave. Fed. R. Civ. P. 31(a). Parties must obtain leave when the deponent is confined in prison. Fed. R. Civ. P. 31(a)(2)(B).

"Deposition on interrogatories is but another method of obtaining same information that might be procured by oral examination if witness were available within jurisdiction of court, and such examinations are investigatory for purpose of ascertaining facts in order to prepare for trial rather than primarily perpetuation of evidentiary matters." *Cronan v. Dewavrin*, 9 F.R.D. 337, 1949 U.S. Dist. LEXIS 3222 (D.N.Y. 1949).

As with all discovery matters, the Court has broad discretion to permit or discovery. Fed. R. Civ. P. 26; *e.g. Crawford-El v. Britton*, 523 U.S. 574, 598 (1998).

## ARGUMENT

Defendant seeks leave to take DuPaul's deposition on written questions because Mr. DuPaul is an inmate at the James River Corrections Center in Jamestown, ND, which is approximately eight hundred (800) miles from Denver. FRCP 31(a)(2)(B) requires the party seeking the deposition to seek leave when the deponent is imprisoned. Given Mr.

DuPaul's current imprisonment, Defendant here requires leave from the Court to depose DuPaul.

DuPaul is alleged to be Plaintiff's trafficker and therefore is likely to have information related to the facts and circumstances alleged in this case. Defendant needs Mr. DuPaul's deposition to investigate the facts surrounding Plaintiff's allegations and to prepare its defense for trial. DuPaul's knowledge is unique to him and Defendant has no other way to obtain that knowledge. Accordingly, there is good cause to support the granting the Defendant leave to take this deposition on written questions.

WHEREFORE, Defendant respectfully requests that the Court grant it leave to take DuPaul's deposition on written questions pursuant to Fed. R. Civ. P. 31.

## CERTIFICATION OF CONFERRAL

The undersigned certifies that he conferred in good faith with Plaintiff's counsel regarding the subject of this motion in accordance with L.R. 7.1(A) and Plaintiff does not oppose the relief sought.

**DATED:** August 26, 2025

Respectfully submitted,

*/s/ Jeffrey M. Kolokoff, Esq.*
Jeffrey M. Kolokoff, Esq.
Giovanni Camacho, Esq.
**RESNICK & LOUIS, P.C.**
DTC Corporate Center III
7900 East Union Avenue, Suite 1100
Denver, Colorado 80237
jkolokoff@rlattorneys.com
gcamacho@rlattorneys.com
Phone & Fax: (303) 536-6879

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2025 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served upon the following CM/ECF:

Kelly A. Hyman, Esq. CO Bar #51813
THE HYMAN LAW FIRM, PA
515 North Flagler Drive, Suite 350
West Palm Beach, FL 33401
Telephone: 561.538.9050
kellyhyman@thehymanlawfirm.com

Randolph D. Janis, Esq.
Chloe Makowsky
59 Maiden Lane
6th Floor
New York, NY 10038
cmakowsky@douglasandlondon.com
rjanis@douglasandlondon.com

              By:  */s/ Jeffrey M. Kolokoff*